UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**TELEPHONIC CONFERENCE**

EDWARDS,

v                                                            Civil: C-01-582

IOF FORESTERS,

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer (Official)

Law Clerk: L. Ahern

Courtroom Deputy: Darlene Maury

-------------------------------------------------------------------------------------------------------
**Appearances:** R. Perez for Pltf; D. Peck for Deft (both by telephone).

Case called for a Telephone Conference on the pending R&R. Conference held in Chambers. Counsel to notify the Court by 3/31/04 as to settlement negotiations.

Date: , March 9, 2004
TIME: 10:00 a.m. - 10:40 a.m.