IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EDWARDS,

        Plaintiff

v                                            Civil C-1-01-582

IOF FORESTER,

        Defendant.

## ORDER

Parties are advised that the above styled case is SCHEDULED for a Status/Scheduling Conference on Tuesday, June 15, 2004 at 9:00 a.m.

**IT IS SO ORDERED.**

                                                          **s/Herman J. Weber**
                                                  Herman J. Weber, Senior Judge
                                                   United States District Court

*Rev.5/01*