UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN OLIVER EDWARDS, | Case No. 1:01-cv-582 |
| Plaintiff, | |
| v. | Judge Weber |
| | Magistrate Judge Hogan |
| IOF FORESTERS SEVERANCE PAY PLAN AND SUMMARY PLAN DESCRIPTION FOR FIELD DISTRICT MANAGEMENT EMPLOYEES OF THE INDEPENDENT ORDER OF FORESTERS WHO WORK IN U.S. FIELD OFFICES | |
| and | |
| THE INDEPENDENT ORDER OF FORESTERS, | STIPULATED ENTRY EXTENDING DEADLINE TO FILE FRCP 26(a)(3) DISCLOSURES AND EXCHANGE OF TRIAL EXHIBITS |
| Defendants. | |

In light of the status conference scheduled in this matter on June 15, 2004, it is hereby stipulated and agreed that the parties may exchange trial exhibits and file disclosures required by FRCP 26(a)(3) on June 18, 2004.

S/Herman J. Weber

_____
Herman J. Weber
Senior United States District Judge

s/ Robert Armand Perez
Robert Armand Perez (0009713)
The Perez Law Firm Co., L.P.A.
7672 Montgomery Road, Suite 378
Cincinnati, OH  45236-4204
Tel.: (513) 891-8777
Fax: (513)891-0317
rperez@cinci.rr.com

Trial Attorney for Plaintiff

s/ David H. Peck
David H. Peck (0059798)
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957
Tel.: (513) 381-2838
Fax: (513)381-0205
peck@taftlaw.com

Trial Attorney for Defendants