UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## HEARING ON REPORT AND RECOMMENDATION

EDWARDS

v                                                                                         Civil: C-01-582

IOF

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter Julie A. Wolfer (Official)

Law Clerk: Laura Ahern

Courtroom Deputy: Darlene Maury/Betsi Brockmeier

---

**Appearances:** R. Perez for Pltf., D. Peck for Deft.

Case called for a Hearing on the Objections to the Report and Recommendation. Oral argument of counsel presented . Court adjourned. Order to issue.

Date: June 15, 2004
TIME: 9:00 a.m.. - 10:45 a.m.