IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**EDWARDS,**

    **Plaintiff**

v                                                **Civil: C-1-01-582**

**IOF,**

    **Defendant**

## ORDER

Parties are advised that the above styled case is SCHEDULED for a Trial to the Court on Monday, July 12, 2004 at 9:00 a.m.

    IT IS SO ORDERED.

                                                  **s/Herman J. Weber**
                                                  **Herman J. Weber, Senior Judge**
                                                  **United States District Court**