UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN OLIVER EDWARDS,

      Plaintiff,

  v.                                      C-1-01-582

IOF FORESTERS SEVERANCE PAY
PLAN AND SUMMARY PLAN
DESCRIPTION FOR FIELD DISTRICT
MANAGEMENT EMPLOYEES OF THE
INDEPENDENT ORDER Of FORESTERS
WHO WORK IN U.S. FIELD OFFICES, et al.,

      Defendants.

## ORDER

This matter is before the Court upon defendant IOF's motion to dismiss its counterclaims with prejudice filed on June 22, 2004 (doc. 62). Defendant requests the Court to establish an expedited briefing schedule in view of the fact that trial in this matter is set for July 12, 2004. The Court agrees that an expedited briefing schedule is warranted. Accordingly, plaintiff shall have until **July 1, 2004,** to file his response to the motion to dismiss. Defendant shall have until **July 6, 2004,** to file a reply.

      IT IS SO ORDERED.


                                      S/ Herman J. Weber
                                      HERMAN J. WEBER
                  SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\01-582expdt.wpd