UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN OLIVER EDWARDS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.: C-1-01-582 |
| | ) | |
| IOF FORESTERS SEVERANCE PAY PLAN AND SUMMARY PLAN DESCRIPTION FOR FIELD DISTRICT MANAGEMENT EMPLOYEES OF THE INDEPENDENT ORDER OF FORESTERS WHO WORK IN U.S. FIELD OFFICES and THE INDEPENDENT ORDER OF FORESTERS | ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

### PLAINTIFF'S REPLY TO DEFENDANT'S SECOND SET OF INTERROGATORIES PROPOUNDED TO PLAINTIFF

Now comes the Plaintiff, John Edwards, and hereby replies as follows:

1.  Identify each company, organization or entity for which Plaintiff sold or attempted to sell any type of life insurance policy or product from January 1, 1995 to May 31, 1997.

**RESPONSE:**

Please see License for J. Edwards with Ohio Department of Insurance attached.

1

2. Identify every company, organization or entity that sells, markets or underwrites life insurance products with whcih Plaintiff sought to establish a relationship as a broker, agent, independent contractor, salesman or any other business relationship from January 1, 1995 to May 31, 1997

**RESPONSE:**

Please see License for J. Edwards with Ohio Department of Insurance attached.

3. Please identify every company, organization or entity that sells, markets or underwrites life insurance products with which Plaintiff had an agreement, contract or other form of authorization to sell life insurance on said entity's behalf, including the date Plaintiff became authorized to market said entity's life insurance products for the period January 1, 1995 to May 31, 1997.

**RESPONSE:**

Please see License for J. Edwards with Ohio Department of Insurance attached.

2

4. Please identify each person for whom Plaintiff helped prepare or secured an application for the purchase of any type of life insurance for the period January 1, 1995 to May 31, 1997, and please further provide:

- A. The date such application was taken or prepared;
- B. Identify any insurance company or other entity to which such application was submitted;
- C. The date such application was submitted to said insurance company or entity;
- D. The type and amount of life insurance such person sought;
- E. Whether the application was approved by said insurance company or entity;
- F. The date any policy of life insurance was issued as a result of the application;
- G. The premium charged to the individual for the issuance of any such life insurance policy;
- H. The duration or length of the life insurance policy;
- I. Whether such life insurance policy remains in effect today, and if not, the reason(s) for and date such life insurance policy was cancelled or terminated.

**RESPONSE:**

Objection. This Interrogatory is overly broad and unduly burdensome. It is improper. *Penn Central Transportation Co., v. Armco Corp.* 27 Ohio Misc. 76 (1971).

As to objections: [signature]

Respectfully submitted,

_____
Robert Armand Perez Sr.
THE PEREZ LAW FIRM CO., L.P.A.
7672 Montgomery Road, #378
Cincinnati, OH 45236-4204
(513) 891-8777 - telephone
(513) 891-0317 - telefax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this has been mailed by ordinary mail, postage-paid to the attorney for the Defendant on this 5th day of December, 2002.

_____
Robert Armand Perez Sr.

4

## **VERIFICATION**

I have read the foregoing and hereby swear that it is true and correct to the best of my knowledge this the 5th day of December, 2002.

*[signature]*
MR. JOHN EDWARDS

Sworn to before me and subscribed in my presence this 5th day of December, 2002.

*[signature: Laura Wilson]*
NOTARY PUBLIC

LAURA L. WILSON
NOTARY PUBLIC STATE OF OHIO
MY COMMISSION EXPIRES: 1-30-07

```
TC7J TINS                INSURANCE SYSTEM                    DATE: 06/19/99
042A                                                         TIME: 08:05:30
            AGENT DISPLAY SCREEN - LICENSE ISSUED LIST - 2A

NAME: EDWARDS, JOHN O.                        SSN : 491547174    TYPE: A
                                                TOT LIC: 19
-LIC NO-      --ED/WAIV--    --ISSUE--  ---STATUS---  ---SUSP---   --CODES--
 -IRS-      --COMPANY NAME--    DATE    CDE   DATE    EXPIR DATE   1   2   3

    21                        960401          000000    000000             W
360883760   RELIANCE STANDARD LIFE INSURANCE CO
    21                        960401    C    970408    000000             W
390989781   PFL LIFE INSURANCE COMPANY
    21        00962210        960401          000000    000000             W
953943170   PENN TREATY NETWORK AMERICA INS. CO.
    21        00000000        951229    C    970314    000000         *   W
046046830   FEDERAL KEMPER LIFE ASSURANCE CO



LICENSE LIST IS COMPLETE                       LICENSE SEL: ALL
SHIFT ROLL DOWN/RETURN TO MENU                 NEXT SCREEN: 2A
```

Edwards IOF
182

```
TC7J TINS                   INSURANCE SYSTEM                      DATE: 06/19/99
042A                                                              TIME: 08:05:30
              AGENT DISPLAY SCREEN - LICENSE ISSUED LIST -

NAME: EDWARDS, JOHN D.                            SSN : 49_ 7174   TYPE: A
                                                     TOT LIC: 19
    -LIC NO-      --EC MAIN--    --ISSUE--  ---STATUS---  ---SUSP---   --CODES--
     -IRS-     --COMPANY NAME--    DATE     CDE   DATE    EXPIR DATE   1   2   3

       21                        970325           000000    000000         W
    740484030  AMERICAN NATIONAL INSURANCE COMPANY
       21                        970324           000000    000000         W
    391052598  HARTFORD LIFE AND ANNUITY INSURANCE CO.
       20                        970324           000000    000000         W
    391052598  HARTFORD LIFE AND ANNUITY INSURANCE CO.
       21                        960416           000000    000000         W
    840467208  NATIONAL WESTERN LIFE INSURANCE COMPANY
       21                        960400     C     970912    000000         W
    916034263  INVESTORS GUARANTY LIFE INSURANCE CO

PRESS ENTER FOR MORE LICENSES                    LICENSE SEL: ALL
SHIFT ROLL DOWN RETURN TO MENU                   NEXT SCREEN: 2A
```

Edwards IOF
183

```
TC7J TINS              INSURANCE SYSTEM                    DATE: 06/19/99
042A                                                       TIME: 08:05:30
            AGENT DISPLAY SCREEN - LICENSE ISSUED LIST - 2A

NAME: EDWARDS, JOHN O.                      SSN : 491547174    TYPE: A
                                                 TOT LIC: 19
-LIC NO-      --ED/WAIV--     --ISSUE--  ---STATUS---  ---SUSP---   --CODES--
 -IRS-       --COMPANY NAME--    DATE    CDE   DATE    EXPIR DATE   1  2  3

    20          00972310        970430         000000    000000          W
061241288    AMERICAN SKANDIA LIFE ASSURANCE CORP
    21                          970402         000000    000000          W
710294708    AETNA LIFE INSURANCE AND ANNUITY CO
    20                          970402         000000    000000          W
710294708    AETNA LIFE INSURANCE AND ANNUITY CO
    21                          970402         000000    000000          W
060974148    HARTFORD LIFE INSURANCE COMPANY
    20                          970402         000000    000000          W
060974148    HARTFORD LIFE INSURANCE COMPANY


PRESS ENTER FOR MORE LICENSES                  LICENSE SEL: ALL
SHIFT ROLL DOWN/RETURN TO MENU                 NEXT SCREEN: 2A
```

Edwards IOF
184

```
TC7J TINS                   INSURANCE SYSTEM                    DATE: 06/19/99
042A                                                            TIME: 08:05:30
                 AGENT DISPLAY SCREEN - LICENSE ISSUED LIST -

NAME: EDWARDS, JOHN O.                         SSN : 491047174    TYPE: A
                                                 TOT LIC: 19
 -LIC NO-     --ED/WAIV--   --ISSUE--  ---STATUS---  ---SUSP---   --CODES--
   -IRS-     --COMPANY NAME--   DATE    CDE   DATE   EXPIR DATE   1   2   3
     21                         971118        000000   000000             W
 580663085  AMERICAN FAMILY LIFE ASSUR CO OF COL
     21                         970625        000000   000000             W
 560359860  JEFFERSON-PILOT LIFE INSURANCE COMPANY
     21                         970522        000000   000000             W
 430581430  MML BAY STATE LIFE INSURANCE COMPANY
     20                         970522        000000   000000             W
 430581430  MML BAY STATE LIFE INSURANCE COMPANY
     21         00972310        970430        000000   000000             W
 061241288  AMERICAN SKANDIA LIFE ASSURANCE CORP

PRESS ENTER FOR MORE LICENSES                   LICENSE SEL: ALL
SHIFT ROLL DOWN/RETURN TO MENU                  NEXT SCREEN: 2A
```

Edwards IOF
185

```
TC7J T1NS              INSURANCE SYSTEM                DATE: 06/19/99
0301                                                   TIME: 08:04:58
            AGENT DISPLAY SCREEN  - BIOGRAPHICS - 01
NAME:   EDWARDS, JOHN O.                    SSN: 491547174   TYPE: A
STREET: 9882 MEADOW HILLS DR          CITY: CINCINNATI
COUNTY: 09   STATE: OH   ZIP: 45241 - 0000   DOB: 500203   LAST ADD/CHNG: 951201

-----LAST LOAD DATE----          -----LAST ACTION DATA---
       971121                    CODE : 55   DATE: 971121

--------CODES--------            ----NUMBER OF RECORDS----
   WAIVER     :                  ISSUED LICENSES   : 19
   DELETE     :                  EXAM HISTORY      : 1
   MBR-CORP   :                  PENDING LICENSES  : 0
   CURR CATCH :                  CATCH(HISTORY)    : 0
   NON-RES BRO                   NAME CHANGES      : 0
      CODE    :                  CERTIFICATES      : 2
      CE      : Y                LICENSES HISTORY  : 1
                                 SSN CHANGES       : 0

AGENT REC FOUND - ENTER NEW SSN OR NEW SCREEN NUM     LICENSE SEL:
OR SHIFT ROLL DOWN/RETURN TO MENU                     NEXT SCREEN:  01
```

Edwards IOF
186