**PLAINTIFF'S APPENDIX TO PRETRIAL ORDER**

**Plaintiff's Witnesses:**

The following Plaintiff's witnesses are anticipated to testify at trial:

1. John Oliver Edwards is expected to testify about the policy of the International Order of Foresters, allowing multiple licenses with various companies and the sale of insurance products.

2. Daniel Gardner is expected to testify about the policy of the International Order of Foresters, allowing multiple licenses with various companies and the sale of insurance products.

3. James Tumeler is expected to testify about the policy of the International Order of Foresters, allowing multiple licenses with various companies and the sale of insurance products.

4. Joseph Vastano, testifying by deposition to perpetuate testimony about the policy of the International Order of Foresters, allowing multiple licenses with various companies and the sale of insurance products.

**Plaintiff's Exhibits.**

The following are Exhibits that Mr. Edwards expects to use at trial on this matter:

1. IOF District Manager Contract to Rick Tonni; Memo on EnhancedBenefit Design.

2. Employment Evaluation of John Oliver Edwards requiring him to obtain other licenses.

3. The licenses of James Tumeler with other entities.

4. The licenses of Daniel Gardner with other entities.

5. The licenses of Joseph Vastano with other entities.

W0195409.1