UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN OLIVER EDWARDS

          Plaintiff                     DEFENDANT'S WITNESS LIST

        v.                           CASE NO.  1:01cv-582

INDEPENDENT ORDER OF FORESTERS

          Defendant

| Presiding Judge | Plaintiff Attorney | Defendant Attorney |
|---|---|---|
| Herman J. Weber | Robert Armand Perez, Sr. | David H. Peck |
| | | |
| Trial Dates | Court Reporter | Courtroom Clerk |
| July 12, 2004 | Julie A. Wolfer | Betsi Brockmeier |

| Pltf. | Deft. | Date Offered | Description of  Witness |
|---|---|---|---|
| | X | | Bradley Ethridge.  Mr. Ethridge will testify regarding the IOF and its sale of insurance products, Sylvan, the sale of non-competing insurance products and any other relevant matters. |
| | X | | John Oliver Edwards. Testimony will be elicited regarding his employment with IOF as it relates to the counterclaims including, without limitation, his appointments with, and sales on behalf of, other insurance companies, his defenses to the counterclaims, and all other relevant matters. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Pltf. | Deft. | Date Offered | Description of Witness |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |