UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN OLIVER EDWARDS

    Plaintiff                                    JOINT EXHIBIT LIST

    v.                                            CASE NO. 1:01-cv-582

INDEPENDENT ORDER OF FORESTERS

    Defendant

| Presiding Judge | Plaintiff Attorney | Defendant Attorney |
|---|---|---|
| Herman J. Weber | Robert Armand Perez, Sr. | David H. Peck |
| Trial Dates | Court Reporter | Courtroom Clerk |
| July 12, 2004 | Julie A. Wolfer | Betsi Brockmeier |

| Pltf. No. | Deft. No. | Date Used | Date Offered | Obj. | Adm. | Description of Exhibit |
|---|---|---|---|---|---|---|
| I | | | | | | Plaintiff's District Manager Agreement and Schedules A-G (Edwards Dep. Ex. 4) |

{W0195385.1}