UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN OLIVER EDWARDS

    Plaintiff                            DEFENDANT'S EXHIBIT LIST

v.                                       CASE NO. 1:01-cv-582

INDEPENDENT ORDER OF FORESTERS

    Defendant

| Presiding Judge | Plaintiff Attorney | Defendant Attorney |
|---|---|---|
| Herman J. Weber | Robert Armand Perez, Sr. | David H. Peck |
| Trial Dates | Court Reporter | Courtroom Clerk |
| July 12, 2004 | Julie A. Wolfer | Betsi Brockmeier |

| Pltf. No. | Deft. No. | Date Used | Date Offered | Obj. | Adm. | Description of Exhibit |
|---|---|---|---|---|---|---|
| | 500 | | | | | 4/1/96 Agent Agreement with Reliance Standard Life Insurance Company (Edwards Dep. Ex. 19) |
| | 501 | | | | | 4/3/96 Insurance Application on behalf of Amanda K. Ritchie |
| | 502 | | | | | 4/22/96 Insurance Application on behalf of Roger V. Matheny |
| | 503 | | | | | 4/2/96 Insurance Application on behalf of John G. Ritchie |
| | 504 | | | | | 3/26/96 Insurance Application on behalf of Michael S. Bruening |
| | 505 | | | | | 4/4/96 Insurance Application on behalf of Melissa L. Ritchie |
| | 506 | | | | | 3/20/96 Insurance Application on behalf of Krista M. Bruening |
| | 507 | | | | | 3/24/96 Edwards letter to Network America Life Insurance Company re: forms for agents agreement |
| | 508 | | | | | 4/1/96 Network America Life Insurance Company General Agent's Contract |
| | 509 | | | | | 3/24/96 Network America Life Insurance Companies Appointment Questionnaire |

{W0194961.1}

| Pltf. No. | Deft. No. | Date Used | Date Offered | Obj. | Adm. | Description of Exhibit |
|---|---|---|---|---|---|---|
| | 510 | | | | | 5/1/96 Insurance Application on behalf of Donald A. Gardener |
| | 511 | | | | | 4/17/96 Insurance Application on behalf of John Furlong |
| | 512 | | | | | 5/23/96 Insurance Application on behalf of Margaret E. Bates |
| | 513 | | | | | 8/8/96 Insurance Application on behalf of Naomi C. Barker |
| | 514 | | | | | 8/8/96 Insurance Application on behalf of George J. Barker |
| | 515 | | | | | 10/8/96 Insurance Application on behalf of Ida L. Matheny |
| | 516 | | | | | 10/20/96 Insurance Application on behalf of Dorothy E. Coffey |
| | 517 | | | | | 5/20/96 Insurance Application on behalf of Yvonne F. Hagan |
| | 518 | | | | | 10/28/96 Insurance Application on behalf of Louis M. Ross |
| | 519 | | | | | 10/23/96 Insurance Application on behalf of Patti K. Stroub |
| | 520 | | | | | 10/23/96 Insurance Application on behalf of David W. Stroub |
| | 521 | | | | | 1/17/97 Insurance Application on behalf of Joy F. Bridenbaugh |
| | 522 | | | | | 1/4/97 Insurance Application on behalf of David Sailing |
| | 523 | | | | | 1/4/97 Insurance Application on behalf of Linda Richardson |
| | 524 | | | | | 11/19/96 Insurance Application on behalf of George L. Brackney |
| | 525 | | | | | 2/12/97 Insurance Application on behalf of Angie F. Drake |
| | 526 | | | | | 1/17/97 Insurance Application on behalf of Larry G. Bridenbaugh |
| | 527 | | | | | 4/11/96 National Western Life Insurance Company letter to Edwards re: appointment |
| | 528 | | | | | 4/1/96 Application for Agent/Solicitor Licenses |
| | 529 | | | | | 4/11/96 National Western Life Insurance Company General Agent Contract and Schedule of Commissions |
| | 530 | | | | | Plaintiff's Responses to Defendant's Requests for Admissions |
| | 531 | | | | | Plaintiff's Reply to Defendant's Second Set of Interrogatories |

{W0194961.1}

| Pltf. No. | Deft. No. | Date Used | Date Offered | Obj. | Adm. | Description of Exhibit |
|---|---|---|---|---|---|---|
| | 532 | | | | | Documents produced by Reliance Standard Life Insurance Company |
| | 533 | | | | | Documents produced by Penn Treaty Network America Insurance Company |
| | 534 | | | | | Documents produced by National Western Life Insurance Company |