**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

JOHN OLIVER EDWARDS,

    Plaintiff,

-vs-                                                             Case No.  C-1-01-582

IOF FORESTERS SEVERANCE PAY PLAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

x    **Decision by Court.**    This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendant's Motion to Dismiss Counterclaims with prejudice is Granted.  Plaintiff's motion to strike evidentiary materials from the record and his request for attorney fees are Denied.  This case is Terminated on the docket of this Court at Plaintiffs' cost.

Date:   July 6, 2004                                            JAMES BONINI.,  CLERK

                                                                               By:s/   Darlene Maury
                                                                               Darlene Maury, Deputy Clerk