# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

05 JUL 30 PH 3:56

| | |
|---|---|
| JOHN OLIVER EDWARDS,     ) | |
|     Plaintiff     ) | |
|     ) | |
| vs.     ) | Case No.:1:01-CV-00582 |
|     ) | |
| IOF FORESTERS SEVERANCE     ) | |
| PAY PLAN AND SUMMARY PLAN     ) | |
| DESCRIPTION FOR FIELD     ) | |
| DISTRICT MANAGEMENT     ) | |
| EMPLOYEES OF THE INDEPENDENT     ) | |
| ORDER OF FORESTERS     ) | |
| WHO WORK IN U.S. FIELD OFFICES     ) | |
| and     ) | |
| THE INDEPENDENT ORDER OF     ) | |
| FORESTERS,     ) | |
|     Defendants     ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Now comes the Plaintiff, John Edwards, in the above-captioned matter by and

through counsel and hereby gives notice of the appeal of the Judgment and Order in the above-

captioned matter issued on July 6, 2004.  This appeal is taken both on the issues of the law and

fact from the Southern District of Ohio to the Sixth Circuit Court of Appeals

Respectfully submitted,

THE PEREZ LAW FIRM CO., L.P.A.
By:

ROBERT ARMAND PEREZ SR.
Trial Attorney for Plaintiff
7672 Montgomery Rd. #378
Cincinnati, OH 45236-4204
513-891-8777

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed to the Attorney for Defendant on July 30, 2004.

David H. Peck, Esq.
Taft, Stettinius & Hollister LLP
1800 Firstar Tower
425 Walnut Street
Cincinnati, OH 45202-3957

_____
ROBERT ARMAND PEREZ SR.