```
Fri Jul 30 15:32:10 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 423658
Cashier        kjl

Check Number:  1999

DO Code    Div No
4661         1

Sub Acct Type Tender        Amount
1:086900  N     2           105.00
2:510000  N     2           150.00

Total Amount           $    255.00

PEREZ LAW FIRM

APPEAL FEE C-1-01-582




Fri Jul 30 15:32:10 2004

Check No.  1999
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```