## TRANSMISSION FORM

| District Court: | SD of Ohio (Western Division) |
|---|---|
| District Court Case No: | 1:01-cv-582 |
| SHORT CAPTION | John Oliver Edwards |
| Plaintiff/Petitioner | vs. |
| | IOF Foresters Severance et al |
| Defendant/Respondent | |
| *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: | Weber |
| Court Reporter(s): | Julie Wolfer |
| From Deputy Clerk: | Kendra Jordan |
| Date: | 7-30-04 |
| $255.00 Appeal Filing Fee Paid? | YES |

**APPEAL INFORMATION to be completed by the Sixth Circuit**

Court of Appeals Case No: 04 4208

Case Manager: **LINDA KANTER**

Date Filed:

**FILED**

**AUG 1 8 2004**

**LEONARD GREEN, Clerk**

JAMES BONINI CLERK

2004 AUG 23 P 3: 49

Anything That Needs Special Attention

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   ___Volume(s)

Deposition(s)   ___Volume(s)   Exhibit(s)   ___Volume(s)

Transcript(s)   ___Volume(s)   Sealed   ___Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____**James Bonini**_____
United States District Court

**RECEIVED**
AUG     2004
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND