No. 04-4008

**FILED**
NOV 0 9 2004
LEONARD GREEN, Clerk

04 NOV 10 PH 3: 15

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JOHN OLIVER EDWARDS

    Plaintiff - Appellant

                  ORDER

v.

IOF FORESTERS SEVERANCE PAY PLAN;
INDEPENDENT ORDER OF FORESTERS

1:01cv582

    Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

                  ENTERED PURSUANT TO RULE 33(d)
                  RULES OF THE SIXTH CIRCUIT
                  Leonard Green, Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
    Deputy Clerk